# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DOMECO FUGENSCHUH,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN MINNEHAN, Individually And In His Official Capacity As A Law Enforcement Officer For The Des Moines Police Department; RYAN STEINKAMP, Individually And In His Official Capacity As A Law Enforcement Officer For The Des Moines Police Department; DANA WINGERT, Individually And In His Official Capacity As A Law Enforcement Officer For The Des Moines Police Department, And CITY OF DES MOINES, IOWA,<br><br>    Appellee. | Case No.: 4:20-cv-00227<br><br><br>**MOTION TO CONTINUE DISCOVERY AND TRIAL DATES**<br>**(NOT RESISTED)** |

COMES NOW Officer Steinkamp and moves this Court to Continue the Discovery and Trial Dates as follows:

1. The current applicable deadlines include:

    Discovery Deadline 7/30/21:
    Dispositive Motion 9/01/21; and
    Trial Date 2/14/22.

2. Currently pending in Iowa District Court for Polk County is a post- conviction relief (PCR) trial on behalf of the Plaintiff against the State of Iowa. (Polk County District Court No. PCCE086050). That trial date is set for July 7, 2021. It is unlikely that a decision would be rendered in that matter before the discovery deadline expires.

3. The PCR decision has a significant bearing on this matter. Under *Heck v. Humphrey*, 512 U.S. 477 (1994) certain of the claims asserted by the Plaintiff may not be viable,

if the underlying conviction is not set aside.  Requiring discovery before the PCR decision is rendered would be a waste of not only the parties' resources, but judicial resources.

4.  All of the parties have now agreed to consent to the magistrate judge handling all remaining matters in this action including trial.  None of the parties resist this motion to continue.

5.  This Defendant prays that the discovery, dispositive motion, and trial deadlines be extended until such time as a decision in the PCR trial occurs.  At that time, the Court could reset appropriate deadlines.

WHEREFORE, Defendant Officer Steinkamp prays that this Court extend the discovery, dispositive motion and trial dates.

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By */s/ Hugh J. Cain*
   Hugh J. Cain, AT0001379

By */s/ Brent L. Hinders*
   Brent L. Hinders, AT0003519
   2700 Grand Avenue, Suite 111
   Des Moines, IA 50312
   Telephone:  515-244-0111
   Facsimile:   515-244-8935
   hcain@hhlawpc.com
   bhinders@hhlawpc.com
   ATTORNEYS FOR DEFENDANT
   RYAN STEINKAMP

|  |
|---|
| **CERTIFICATE OF SERVICE**<br><br>The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 17th day of March, 2021.<br>By   ☐ U.S. Mail     ☐ Fax<br>    ☐ Hand Delivery   ☐ Electronically through CM-ECF<br>    ☐ Private Carrier   ☐ Other:_____<br>Signature */s/ Donna R. Stiegel* |

Original filed.


Copy to:

Gina Messamer
PARRISH KRUIDENIER DUNN
GENTRY BROWN PERGMANN &
MESSAMER, L.L.P.
2910 Grand Ave.
Des Moines, IA  50312
Telephone:  515-284-5737
Facsimile:  515-284-1704
gmessamer@parrishlaw.com

ATTORNEYS FOR PLAINTIFF

Michelle Mackel-Wiederanders
400 Robert D. Ray Drive
Des Moines, IA  50309
Telephone:  515-283-4537
mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS

Steve Eckley
Eckley Law PLLC
666 Walnut Street, Suite 2308
Des Moines IA  50309
Telephone:  515-218-1717
Facsimile:  515-218-1555
steve@steveeckleylaw.com
ATTORNEY FOR BRIAN MINNEHAN
S:\HJC\35-35 Fugensuch v. Minnehan\Pleadings\21-03-16 Motion to Continue.docx4370