UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **DOMECO FUGENSCHUH,**<br><br>         Plaintiff,<br>**v.**<br><br>**BRIAN MINNEHAN, RYAN STEINKAMP, DANA WINGERT, and CITY OF DES MOINES, IOWA,**<br><br>         Defendants. | Case No.: 4:20-cv-00227<br><br><br><br>MOTION TO WITHDRAW |

**COMES NOW**, the undersigned, and notifies the Court that she is no longer employed at Parrish Law Firm, the firm retained to represent the Plaintiff in the above captioned matter. Gina Messamer remains as the Plaintiff's counsel.

**WHEREFORE**, counsel Natalie Hedberg prays the Court grant her motion to withdraw.

                                        **RESPECTFULLY SUBMITTED,**

                                        /s/ *Natalie Hedberg*
                                        Natalie Hedberg      AT0013774
                                        Assistant Attorney General
                                        Second Floor
                                        Hoover State Office Building
                                        Des Moines, IA 50319
                                        Tel. (515) 281-7789
                                        Fax (515) 281-7219
                                        natalie.hedberg@ag.iowa.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 28, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

                                        By: *Natalie Hedberg*

1