**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **DOMECO FUGENSCHUH,**<br><br>       Plaintiff,<br><br>vs.<br><br>**BRIAN MINNEHAN and RYAN STEINKAMP,**<br><br>       Defendants. | Case No. 4:20-cv-227<br><br><br>**STATUS UPDATE** |

**COMES NOW** the Plaintiff Domeco Fugenschuh and provides notice that the Des Moines City Council approved the settlement terms at its meeting on November 3rd. The City will be filing a confession of judgment for $80,000, which Mr. Fugenschuh will accept.

*Respectfully submitted,*

**PARRISH KRUIDENIER, L.L.P.**

By:  */s/ Gina Messamer*
       Gina Messamer          AT0011823
       2910 Grand Avenue
       Des Moines, Iowa 50312
       Telephone: (515) 284-5737
       Facsimile: (515) 284-1704
       Email: gmessamer@parrishlaw.com
       **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By:  */s/ Gina Messamer*